IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JIMMY YOTHER**  **PLAINTIFF**

v.  **4:09CV00311-WRW**

**ARKANSAS BLUE CROSS BLUE SHIELD,**  **DEFENDANT**
**A MUTUAL INSURANCE COMPANY**

## ORDER

Pending is the parties' joint Motion to Dismiss with Prejudice (Doc. No. 8), in which the parties inform the Court that they have resolved all differences between them. The parties ask the Court to dismiss with prejudice this case and all claims asserted, or which could have been asserted, with each party to bear its own costs. The Motion is GRANTED. This case and all claims asserted, or which could have been asserted, are DISMISSED with prejudice. Each side will pay its own costs.

IT IS SO ORDERED this 1st day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE